JS-6

1  Stephen M. Uthoff, State Bar No. 145206
   E-mail: suthoff@uthofflaw.com
2  Uthoff Law Corporation
   401 E. Ocean Blvd., Suite 710
3  Long Beach, California 90802
   562-437-4301
4  fax 562-437-4341

5

6  Attorneys for Plaintiff
   MAERSK LINE
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11

12  MAERSK LINE,                    )  Case No.  CV 11-00042 GAF (VBKx)
13                                  )
                      Plaintiff,    )  **IN ADMIRALTY**
14                                  )
15  vs.                             )  **JUDGMENT**
16                                  )
    TROPIFRESH, INC.                )
17                                  )
18                                  )
                      Defendants.   )
19  _____ )

20

21  Pursuant to the Stipulation for Entry of Judgment filed herein:

22      IT IS ADJUDGED that Maersk Line recover from Tropifresh, Inc  the sum of

23  $61,321.90. and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

24

25  Dated:  April 18, 2011

26                                     United States District Judge

27

28

                                1